UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFECO INSURANCE CO. OF AMERICA, a/s/o Melvin Flud and Deanna Thompson<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ONE WORLD TECHNOLOGIES, INC., a New Jersey corporation,<br><br>　　　　　　　　　Defendant. | NO. 4:15-cv-05041-SAB<br><br>**ORDER OF DISMISSAL** |

　　　The parties filed a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation of Dismissal. ECF No. 20. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

　　　Accordingly**, IT IS HEREBY ORDERED:**

　　　1. The parties' Stipulation of Dismissal, ECF No. 20, is **GRANTED**.
　　　2. The above-captioned case is **dismissed** with prejudice and without costs and attorneys' fees to any party.
　　　3. Any pending motions are **dismissed as moot**.
　　　4. All trial dates and deadlines are **stricken**.

//
//

**ORDER OF DISMISSAL #** 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 1st day of March 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL #** 2